**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION**

**UNITED STATES OF AMERICA,**

    **Plaintiff,**

    vs.                                                       **CASE NO.: 2:19-cr-38
JUDGE GEORGE C. SMITH
MAGISTRATE JUDGE KING**

**THOMAS R. LANE,**

    **Defendant.**

## ORDER

On March 20, 2019, the Magistrate Judge issued a Report and Recommendation pursuant to 28 U.S.C. § 636(b)(1), recommending that the Court accept Defendant Lane's guilty plea to Counts 1 and 2 of the Information charging him with conspiracy to possess with intent to distribute oxycodone, in violation of 21 U.S.C. § 841 (Count 1) and conspiracy to commit money laundering, in violation of 18 U.S.C. § 1956(h) (Count 2).[1] Defendant, represented by counsel, waived his right to appear on the matter before a District Judge. The Magistrate Judge conducted the colloquy required by Rule 11 of the Federal Rules of Criminal Procedure. Defendant's plea was knowing, voluntary, free from coercion, and had a basis in fact.

Defendant was specifically informed of his right to contest the Report and Recommendation by filing any objections within 14 days of the issuance of the Report and Recommendation pursuant to 28 U.S.C. §636(b)(1)(B) and Rule 72(b) of the Federal Rules of Civil Procedure. Defendant did not file any objections.

---

[1] Pursuant to the Plea Agreement (Doc. 2), Defendant also agreed to the forfeiture provision in the Information.

Accordingly, the Court **ADOPTS** the Report and Recommendation and **ACCEPTS** Defendant's plea of guilty to Counts 1 and 2 of the Information.  Defendant is hereby adjudged guilty of conspiracy to distribute oxycodone, in violation of 21 U.S.C. § 841 and conspiracy to commit money laundering, in violation of 18 U.S.C. § 1956(h).

**IT IS SO ORDERED.**

 */s/ George C. Smith*
**GEORGE C. SMITH, JUDGE**
**UNITED STATES DISTRICT COURT**